## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

JESSIE B. JAMES,

        Plaintiff,

    v.

CPL/DEPUTY JOHNSON, et al.,

        Defendants.

CIVIL ACTION NO.: 4:25-cv-92

## O R D E R

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's May 30, 2025, Report and Recommendation, (doc. 8), to which plaintiff has not filed an objection. [1]  Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 8.)   James' Complaint is **DISMISSED**.   (Doc. 1.)   The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 3rd day of July, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1]  In fact, the service copy of the Report and Recommendation was returned as undeliverable.   (Doc. 9.) James, therefore, appears to have failed to comply with the Local Rules' requirement "to apprise the Court of any address change."   L.R. 11.1.   James' noncompliance with Local Rule 11.1 provides an alternative basis for dismissal.   *Cf.* Fed. R. Civ. P. 41(b).